JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM A. MASTERS, II,

           Plaintiff,

    v.

UNITED NATIONS, et al.,

           Defendants.

Case No. CV 20-02850 DSF (PVCx)

**ORDER DISMISSING ACTION**

Plaintiff William A. Masters, II, a *pro se* California resident, purports to bring this civil action on behalf of Exxon-Mobil under Federal Rule of Civil Procedure 23.1. (Dkt. 1, Complaint at 3) (original pagination). On April 8, 2020, the Court denied Plaintiff's request to proceed *in forma pauperis* on the ground that a representative shareholder in a derivative action must be represented by counsel. (Dkt. 7) (citing, *inter alia*, *Simon v. Hartford Life, Inc.*, 546 F.3d 661, 665 (9th Cir. 2008); *Phillips v. Tobin*, 548 F.2d 408, 415 (2d Cir. 1976)). Plaintiff was cautioned that this action would be dismissed within thirty days unless he obtained representation and appeared through counsel.

\\

\\

\\

\\

1     The Court's deadline has passed and the docket does not reflect that Plaintiff has

2  secured counsel.  Accordingly, this action is dismissed without prejudice.

3

4     IT IS SO ORDERED.

5  DATED:  May 12, 2020

6                                                Honorable Dale S. Fischer
                                                 UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28